1

**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

2

3

**Telephone:  (510) 523-4702**
**Facsimile:   (510) 747-1640**

4

5

Attorney for the Plaintiff
United States of America

6

7

8

9

10

11

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

12

13

14

15

16

17

18

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. **CV11-4183 SLM** |
| ) | |
| ) | **NOTICE OF** |
| Plaintiff, ) | **PLAINTIFF'S WITHDRAWAL** |
| ) | **OF HEARING ON** |
| ) | **ORDER FOR JUDGMENT** |
| v. ) | **DEBTOR EXAM** |
| ) | |
| ) | |
| **BRIAN ROSS**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

19

NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States

20

of America, by and through its attorney of record, hereby withdraws the hearing on its

21

Order for Judgment Debtor Exam that is set for August 1, 2014, at 9:00 A.M., in courtroom

22

G, in the above entitled matter.

23

Dated: June 17, 2014

24

25

Dated: 6/20/14

26

27

28

/s/
MICHAEL COSENTINO
Attorney for Plaintiff
United States of America

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA