UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff.<br>　　v.<br>BRIAN K. ROSS,<br>　　　　Defendant. | Case No. 11-cv-04183-SLM (JCS)<br><br>**ORDER TO SHOW CAUSE** |

　　　IT IS HEREBY ORDERED that Defendant Brian K. Ross appear on **February 28, 2020, at 9:00 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant Brian K. Ross should not be held in contempt of Court, and be subject to other sanctions, including, but not limited to the issuance of a Bench Warrant, for failure to appear at the Judgement Debtor Examination as ordered by the Court on December 19, 2019. The Judgment Debtor Examination is continued to **February 28, 2020, at 9:00 a.m.**

　　　IT IS SO ORDERED.

Dated: February 4, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge